April 12, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

HERNAN SANTAMARIA VALERIO, Appellant

NO. 14-12-00278-CR V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 12, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.